# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL NO. 04-4233-JPG |
| | : | |
| FREDDIE G. LACEY, JR., and | : | |
| APRIL D. LACEY | : | |
| | : | |
| DEFENDANTS. | : | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court on the government's motion to dismiss, and the Court's judgment decree and order directing the sale of foreclosed property, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that all of the government's remaining claims against these defendants, in this case, are hereby **DISMISSED with prejudice**. This order does not affect the Court's prior judgment and order directing the sale of the foreclosed property in this case. The government shall take nothing additional from this suit.


**DATE: August 29, 2005.**

                                                      **NORBERT G. JAWORSKI, CLERK**

                                                      **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:**    /s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **U.S. District Judge**